SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ALEX KRIEGSMAN
alex.kriegsman@usdoj.gov
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3022
Facsimile: 202-305-0506

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, aka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil No. 1:06-CV-00612<br><br>Hon. Richard W. Roberts<br><br><br><br>**NOTICE OF APPEARANCE** |

Defendant respectfully requests that the Clerk of Court enter an appearance of Alex Kriegsman as counsel for the Defendant in the above-captioned case.

May 16, 2006                          Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

_____/s/Alex Kriegsman_____
ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tel.:    (202) 305-3022
Fax:    (202) 305-0506

OF COUNSEL:

JASON C. ROBERTS
Attorney- Advisor
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs
1849 C Street, N.W., MS 6513
Washington, DC 20240
Tel.:    (202) 208-6526
Fax:    (202) 219-1791

                                    Attorneys For Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2006, a copy of the foregoing Notice of Appearance was served on:

Martha Maynor
53 Charlotte Road
Red Springs, N.C. 28372

Lester Locklear
6557 Rennert Road
Shannon, N.C. 28386

Alford Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

Vondola Locklear
100 Lockwood Drive
Pembroke, N.C. 28372

Roy Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

Plaintiffs, acting in *pro se* capacity, by causing full, true and correct copies thereof to be sent, on the date set forth above, by U.S. Mail.

                                            */s/ Alex Kriegsman*
                                            Alex Kriegsman
                                            Trial Attorney