SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ALEX KRIEGSMAN
alex.kriegsman@usdoj.gov
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3022
Facsimile: 202-305-0506

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, aka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil No. 1:06-CV-00612<br><br>Hon. Richard W. Roberts<br><br><br><br><br><br>**MOTION TO EXTEND TIME** |

1  Defendant respectfully submits this motion to extend time to respond to the
2  Complaint filed in the above entitled action. Defendant's response to the Complaint is
3  currently due May 31, 2006. Defendant requests a thirty (30) day extension to June 30, 2006.
4  Defendant's counsel has attempted to reach Plaintiffs regarding the requested
5  extension but has been unsuccessful. The telephone number listed for Plaintiffs on the
6  docket sheet has apparently been disconnected.
7  Defendant has determined that additional time is necessary due to the schedule of
8  undersigned counsel. Defendant's counsel will be in Texas and Louisiana for depositions in
9  another case from May 22 through May 25, 2006. Defendant's counsel also has a summary
10 judgment brief due in another case on June 2, 2006. Accordingly, Defendant respectfully
11 requests that the time to respond to the Complaint be extended to June 30, 2006.
12 Defendant has attached a Proposed Order which makes the requested change.

May 16, 2006                              Respectfully submitted,

                                          SUE ELLEN WOOLDRIDGE
                                          Assistant Attorney General
                                          Environment and Natural Resources Division

                                          _____/s/Alex Kriegsman_____
                                          ALEX KRIEGSMAN
                                          Trial Attorney
                                          Natural Resources Section
                                          Environment and Natural Resources Division
                                          U.S. Department of Justice
                                          P.O. Box 663
                                          Washington, D.C. 20044
                                          Tel.:   (202) 305-3022
                                          Fax:    (202) 305-0506


OF COUNSEL:

JASON C. ROBERTS
Attorney- Advisor
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs
1849 C Street, N.W., MS 6513
Washington, DC 20240
Tel.:   (202) 208-6526
Fax:    (202) 219-1791                    Attorneys For Defendant

1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, aka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil No. 1:06-CV-00612<br><br>Hon. Richard W. Roberts<br><br><br><br>[PROPOSED] **ORDER** |

Defendant's MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT came before this Court on May 16, 2006. After considering said motion, and all other relevant matters, said motion is hereby GRANTED.

Defendant shall file its response to the Complaint by June 30, 2006.

IT IS SO ORDERED.

_____
Honorable Richard W. Roberts
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2006, a copy of the foregoing Motion to Extend Time and [Proposed] Order were served on:

Martha Maynor
53 Charlotte Road
Red Springs, N.C. 28372

Lester Locklear
6557 Rennert Road
Shannon, N.C. 28386

Alford Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

Vondola Locklear
100 Lockwood Drive
Pembroke, N.C. 28372

Roy Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

Plaintiffs, acting in *pro se* capacity, by causing full, true and correct copies thereof to be sent, on the date set forth above, by U.S. Mail.


                              */s/ Alex Kriegsman*
                              Alex Kriegsman
                              Trial Attorney