# Attachment A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ROY MAYNOR
UNITED NATIONS OF TURTLE ISLAND TERRITORY
SKAROREH KATENUAKA NATION
VIA: 100 LOCKWOOD DR.
PEMBROKE N.C. 28372
(910) 522-5900

CASE NUMBER 1:03CV01559

JUDGE: Richard W. Roberts

Vs

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 07/21/2003

UNITED STATES OF AMERICA
WASHINGTON, D.C.

STATE OF NORTH CAROLINA
RALEIGH

---

## COMPLAINT

In 1939, my father Lawrence Maynor, along with 21 others were recognized as "half" or more Indian under section 19 of the Act of June 18, 1934 (48 Stat. 984). (See Ex. # 1)

The 1930 U.S. census stated that there were 12,000 native people in Robeson County alone. Yet, Six years later, with the power of the mighty pen, three non-native men concluded that there were only 22 individuals eligible, using archaic anthropological procedures now seen as unreliable. As a result of the government's findings, approximately 17,000 acres of land was acquired for the benefit of the "22 individuals" and their descendants. Some of which was condemned for their use in U.S. District Court in Fayetteville N.C. (See Ex. #1 a-c)

A portion of this land was, and still is, under a 99-year lease dated October 22, 1938,

NEW
SEND TO FILE
PROMPTLY AFTER ACTION
THIS ITEM AUTHORIZES JACKET-
ING OF FILE MATERIAL
DO NOT FILE IN OFFICE FILE

under the name of "Red Banks Mutual Association". This lease was originally filed with the Robeson County registry in Book 8z page 466. (See Ex. #2) However, the filed pages previously stated, does not reflect the Consent and Severance Agreement. (See Ex. #3) As you can see, exhibit #2 is dated December 8, 1937. This is how these agreements are presently registered, in the Robeson County courthouse. We believe that documents pertaining to the history of the land, have been tampered with and changed to further hide the truth.

By 1945, 3 thousand acres of the land in question had been sold by the U.S. illegally. (See Ex. #4) In most cases, the government retained ¾ of all mineral rights on all the land (See Ex. #6a page 172), even after being paid full price by each individual or corporation that acquired each parcel of land. We contend that the U.S. Government retained majority interest in said lands because of the agreements made in the 1930's, and could not legally relinquish interest in said land. Then, as you can see, new deeds were given some years later, this time giving all mineral rights and interest in the land, for only one dollar. (See Ex. #'s 5&6) We contend that the government was confident of the inevitable outcome of renaming all people Lumbee, which if accepted by the masses, would automatically give up the rights given them by the U.S. in the 30's.

In June of 1956, the U.S. congress passed the Lumbee Act. (See Ex. 7) This Act forced the name Lumbee on all natives here, regardless of what each individual family claimed as their tribal affiliation. We contend that this was a conspiracy to cover-up, and negate not only the previous actions taken on behalf of the 22 in the 1930's, but to ultimately hide the Tuscarora lineage of our people. From 1885 to 1956, our people were renamed 4 times by the state and federal governments. Each time, skirting the truth of our people's

identity.

In 1964, a good portion of the 1938 lease land was sold to influential leaders of the newly created Lumbee Tribe. (See Ex. #7 a & b) Some of these same individuals are responsible on the local level, of waging the current propaganda war against Tuscarora people here.

From this point, many more years of empty promises and corruption continued, with no services being given to our people. Due to lack of education, and incomplete knowledge of the situation, the 22 were taken advantage of with malicious intent, by the local, state, and federal governments.

In 1975, my father Lawrence won what is now known as Maynor vs. Morton, 510 F.2d 1254 (D.C. Cir. 1975). (See Ex. #7c) This case reconfirmed my father's status and rights given to him, prior to the "Lumbee Act", and that he was totally separate from the Lumbee. As a result, sporadic services were given, such as a few houses, but only with extreme prejudice to those who choose not to accept the name Lumbee.

My father was recognized as "Indian" with no particular tribal affiliation designated. Only later in life did he actually learn the truth about his heritage, which was hidden from all of our people for many years, by the State of North Carolina. The State has been, and still is, guilty of cultural genocide and propaganda waged against our people, going to major extremes to keep the truth from ever coming to light.

The truth we refer to is the fact that Tuscarora people still reside here in this state, contrary to the state's contentions that all Tuscarora left the state in the year 1831. In this year, the remaining lands of our reservation in Bertie County, was leased without the consent of our people here, when we were forced off our ancestral lands centuries ago.

These leases were to expire in 1916, and if no Tuscarora were here to claim the land, it would revert to the State of North Carolina. But most of all, the State capital of Raleigh, lies in the heart of our ancestral homelands. Lands that were taken illegally by the Colonial and State governments. Taken under fraudulent land leases and un-ratified Treaties.

Through the later years of my father's life, he was instrumental in the founding of several Tuscarora groups in this area. In 1983, he was a Tribal Council Member when three separate groups came together forming the "Tuscarora Tribe of North Carolina Inc." (See Ex. # 8) In the year 1982, my father and other members of the Tuscarora Tribe of N.C., occupied the land under the 1938 lease, but all were arrested, tried and convicted of breaking and entering. Their defense in this case was title to the land itself, yet the State refused to allow the showing of title.

As a result, my father, along with others, filed suit in Federal District Court in Fayetteville N.C. (See Ex. # 9) I was not aware of this case until recently, and after some investigation, I was told that this case has yet to be heard.

Never the less, several months before this suit was filed, the State began to buy back the lease land, (See Ex. #10 a-m) and created what is now called, "the North Carolina Indian Cultural Center." We contend that the state has created this conspiracy to cover-up the illegal actions they were partially responsible for, when and if the 1983 case was ever heard.

Ultimately, the Federal Government is responsible for everything that has happened to date. The Federal Government was responsible for the extremely flawed process of the 30's, which subjected our people to humiliation and degradation, being genetically tested

like a herd of cattle. This type of testing was never used again on any other body of indigenous people in the U.S., because of the obviously unjust outcome.

Today, there are thousands of children, and adults in our area who are oblivious to whom their ancestors were prior to 1956. As a whole, our language, culture, and true identity have been taken from us. The few Tuscarora children lucky enough to learn their original language are chastised and ridiculed by their non-Tuscarora teachers and fellow students if they speak their language in the classroom. Year by year, generation by generation, this vicious cycle continues with no end in sight. The Lumbee propaganda machine, which is financed by State and Federal agencies continue to flourish, turning the lies and deceptions created years ago, into today's truths.

As a result of the above stated facts, we the Tuscarora people of North Carolina no longer have confidence in the U.S. government's system of dealing with Indigenous people. For decades, we have tried to work "within the system", to achieve our ultimate goal of self-determination, only to be told by non-natives that **WE ARE NOT WHO WE SAY WE ARE**. (EMPHASIS ADDED)

In April of 1990, my father passed away. He tried his whole life to revive his Nation's status for his family's future, only to be taken advantage of by the powers that be. It is now our family and others, responsibility to carry on these struggles, to ensure that their dreams become a reality.

When the 22 were recognized in the 30's, only my father was accepted by the government from his family. He had at that time, 4 brothers, and 5 sisters, all with the same parents. In most cases regarding the other "22's" families, similar instances occurred. Not until 1971, did the government extend rights to the siblings and offspring

of the 22. ( See Ex #11). Four of my father's sisters are still living, yet they have never received any benefits from their status given to them over 70 years ago.

There are thousands of the "22's" descendants living here today, who know nothing of the rights and benefits that they have been entitled to from birth.

Because of the past experiences with the U.S. Government and the state of North Carolina, our people have begun taking our own initiative in reclaiming our Sovereignty.

We have founded what is called, UNITED NATIONS of TURTLE ISLAND, which constitute three separate autonomous Native Nations. The Nation in which I am a founder, is named SKAROREH KATENUAKA (Tuscarora) Nation. We have reunited with, and have enrolled many of our cousins, the Tuscaroras in Canada, currently residing on Grand River Reserve in Ontario. The land, which contains the BIA house built for my father in the 1970's is now in the name of UNOTI, registered as such in the Robeson County Courthouse. (See Ex. # 12) This land is now the foundation of our Nation, which will continue to grow in the near future.

We have adopted as our constitution The Great Law of Peace, which is the constitution of the Six Nations as well as being the basis of the United States Constitution. We are now processing citizenship applications, creating Nation laws, and other steps necessary in reviving our Nation's culture and status. We have also chosen to follow and assert the United Nation's Declaration on the rights of Indigenous Peoples. (See Ex. 13)

W H E R E F O R E, Plaintiffs pray the court:

1. FOR the return of all Tuscarora Ancestral remains currently being held

by North Carolina. (This is to be accomplished through a coordinated effort between all Tuscarora)

2. FOR the return of all Tuscarora artifacts currently held by North Carolina. (This is to be accomplished through a coordinated effort between all Tuscarora)

3. FOR a temporary injunction, stopping all archeological digs on Tuscarora sites currently being conducted by the State of North Carolina.

4. FOR a permanent injunction, stopping all archeological digs on Tuscarora sites currently being conducted by the state of North Carolina.

5. FOR the return of all lands set aside for our people in the 1930's, or any other suitable lands, to serve the same purpose.

6. FOR the sum of 500(five hundred) million Dollars (U.S. currency), to be used by our people for the rebuilding of our Nations infrastructure, creation of economic development projects, and to buy back other ancestral homelands and historical cultural sites that were stolen by the State of North Carolina.

7. FOR a declaratory judgment, acknowledging our people's right to exist and live as who **we say we are**, without the threat of retribution from the State of North Carolina, and the United States of America.

8. FOR such other relief that the court may deem just and proper.

THIS the 21 day of July, 2003

/s/ May m

100 Lockwood Rd
Pembroke N.C. 28372
910-521-9563

REFER IN REPLY TO THE FOLLOWING ADDRESS ONLY THE COMMISSIONER OF INDIAN AFFAIRS

Ind-Org.

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### OFFICE OF INDIAN AFFAIRS
#### WASHINGTON

Mr. Lawrence Maynor,
    Route #1,
        Pembroke, North Carolina.

JAN 28 1939

Dear Mr. Maynor:

    I have reviewed the application submitted by you for the purpose of determining your status as an Indian in accordance with section 19 of the Act of June 18, 1934 (48 Stat. 984). I regret that such a long period of time has elapsed since you submitted your application, but it was necessary to make a considerable study of the problem presented by the Robeson County Indians.

    It has finally been determined that, on the basis of all the evidence presented in your application, you are entitled to recognition as an Indian of one-half or more degree. I am, therefore, causing your name to be enrolled under section 19 of the Act of June 18, 1934.

    This enrollment does not entitle you to membership in any Indian tribe, nor does it establish any tribal rights in your name. It entitles you solely to those benefits set forth in the Act of June 18, 1934, for which you may otherwise be eligible. These benefits include educational assistance in the form of student loans and preference in employment in the Indian Service under Civil Service regulations and only in the event that you are suitably qualified. The land purchase funds authorized by the above Act will probably not be available for individual Indians, since it will be necessary for many years to come to use these funds in the purchase of land for landless tribal groups.

    Furthermore, this enrollment would not apply to any children you may have, unless they were born of a mother who had likewise been determined to be one-half or more Indian.

                             Sincerely yours,

                             John Collier
                             Commissioner

Exhibit #1