SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ALEX KRIEGSMAN
alex.kriegsman@usdoj.gov
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3022
Facsimile: 202-305-0506

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, aka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil No. 1:06-CV-00612<br><br>Hon. Richard W. Roberts<br><br><br><br>**NOTICE OF FILING OF ATTACHMENTS TO DEFENDANT'S MOTION TO DISMISS** |

Defendant United States Department of the Interior, by and through its undersigned counsel, hereby gives notice that Defendant is filing five (5) attachments to Defendant's Motion to Dismiss. The attachments are hereby filed together with this notice

July 5, 2006                                                        Respectfully submitted,


                                                                    SUE ELLEN WOOLDRIDGE
                                                                    Assistant Attorney General
                                                                    Environment and Natural Resources Division

                                                                    _____/s/Alex Kriegsman_____
                                                                    ALEX KRIEGSMAN
                                                                    Trial Attorney
                                                                    Natural Resources Section
                                                                    Environment and Natural Resources Division
                                                                    U.S. Department of Justice
                                                                    P.O. Box 663
                                                                    Washington, D.C. 20044
                                                                    Tel.:(202) 305-3022
                                                                    Fax:    (202) 305-0506


OF COUNSEL:

JASON C. ROBERTS
Attorney- Advisor
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs
1849 C Street, N.W., MS 6513
Washington, DC 20240
Tel.:   (202) 208-6526
Fax:    (202) 219-1791                                              Attorneys For Defendant

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 5, 2006, a copy of the foregoing Notice of Filing was served on:

Martha Maynor
53 Charlotte Road
Red Springs, N.C. 28372

Lester Locklear
6557 Rennert Road
Shannon, N.C. 28386

Alford Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

Vondola Locklear
100 Lockwood Drive
Pembroke, N.C. 28372

Roy Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

       Plaintiffs, acting in *pro se* capacity, by causing full, true and correct copies thereof to be sent, on the date set forth above, by U.S. Mail.

                                              */s/ Alex Kriegsman*
                                              Alex Kriegsman
                                              Trial Attorney