IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, a/ka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action Number |
| v. ) ) | |
| SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, ) ) ) ) | |
| Defendant. ) ) | |

MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LCvR 7(b), Plaintiffs move for an extension of time of 60 days within which to respond to the Motion to Dismiss filed by the United States on June 30, 2006. In support of this Motion, Plaintiffs show as follows:

1. Plaintiffs filed this action *pro se.*

2. Plaintiffs are endeavoring to retain an attorney to represent them in this action.

3. Plaintiffs need the services of an attorney because the case and the issues raised by the case are complex.

4. Plaintiffs also need an attorney because they are not able to represent Plaintiff Skaroreh Katenuaka Nation, a/k/a Tuscarora Nation of Indians of North Carolina, and that Plaintiff is essential to this case. Indeed, it appears that once an attorney appears on behalf of

1

the plaintiffs and Plaintiff Skaroreh Katenuaka Nation, a/k/a Tuscarora Nation of Indians of North Carolina acquires status as a valid plaintiff in this action, that circumstance alone will resolve some of the issues raised by the Motion to Dismiss.

5. Plaintiffs have an attorney prepared to represent all of the named plaintiffs, but his membership in the Bar of this Court lapsed because he failed to renew it after 1989, and the Court has deferred his motion for admission to the Bar of the Court until March 2007, when he will complete probation with The North Carolina State Bar.

6. Plaintiffs have another attorney who has tentatively agreed to represent all of the named plaintiffs, but that attorney also had his membership in the Bar of this Court lapse because of nonrenewable. That attorney is a member in good standing of the District of Columbia Bar and anticipates that he could complete his motion for admission in time to be admitted at the admission ceremony scheduled for September 11, 2006.

6. Plaintiffs are endeavoring to find another attorney already admitted to the Bar of this Court to represent all of the named plaintiffs but need time to do so.

7. Defendant received an extension of time of 30 days in addition to the 60 days provided, or a total of 90 days, to prepare its Motion to Dismiss

WHEREFORE, Plaintiffs respectfully request that the Court grant them an extension of time of 60 days within which to respond to the Motion to Dismiss.

## CERTIFICATE OF SERVICE

I hereby certify that I have served one copy of the within Motion for Extension of Time on all parties required to be served by depositing a copy in the United States Mail, first class postage prepaid, addressed as follows:

Ms. Sue Ellen Wooldridge
Mr. Alex Kriegsman
Natural Resources Section
Environmental and Natural Resources Division
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044

July 16, 2006

Respectfully submitted,

*[signature: Martha Maynor]*
Martha Maynor
153 Charlotte Road
Red Springs, N. C. ~~28372~~
28377

Lester Locklear
6557 Rennert Road
Shannon, N. C. 28386

*[signature: Alford Maynor]*
Alford Maynor
100 Lockwood Drive
Pembroke, N. C. 28372

*[signature: Vondola Locklear]*
Vondola Locklear
100 Lockwood Drive
Pembroke, N. C. 28372

*[signature: Roy Maynor]*
Roy Maynor
100 Lockwood Drive
Pembroke, N. C. 28372

RECEIVED

JUL 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT