```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
_____
                               )
MARTHA MAYNOR et al.,          )
                               )
         Plaintiffs,           )
                               )
    v.                         )    Civil Action No. 06-612 (RWR)
                               )
SECRETARY OF THE DEPARTMENT    )
OF THE INTERIOR,               )
                               )
         Defendant.            )
_____)
```

## ORDER

Defendant has moved to dismiss the complaint. Plaintiff has asked that the case be stayed for several months until the non-individual plaintiff is able to obtain legal counsel. Defendant opposes the lengthy stay. Because it appears that no prejudice would accrue to plaintiff if this case were dismissed without prejudice to refile through counsel at a later date, the parties are hereby

ORDERED to show cause in writing by October 16, 2006, why this case should not be dismissed without prejudice to refile after the non-individual defendant has obtained counsel.

SIGNED this 20th day of September, 2006.

                                     _____/s/_____
                                     RICHARD W. ROBERTS
                                     United States District Judge