SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ALEX KRIEGSMAN
alex.kriegsman@usdoj.gov
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3022
Facsimile: 202-305-0506

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, aka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil No. 1:06-CV-00612<br><br>Hon. Richard W. Roberts<br><br><br><br>**DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

## PRELIMINARY STATEMENT

Defendant the United States Department of the Interior respectfully submits this Response to the Court's September 21, 2006, Order to Show Cause ("Order"). The Court ordered the parties to show cause why this case should not be dismissed without prejudice to allow pro se Plaintiffs to refile through counsel at a later date. As set forth in Defendants' motion to dismiss, this Court lacks jurisdiction over Plaintiffs' claims for several reasons. Because obtaining counsel would not cure these jurisdictional defects, Plaintiffs' Complaint should be dismissed with prejudice.

## ARGUMENT

Plaintiffs, who identify themselves as the "Skaroreh Ketenuaka Nation aka Tuscarora Nation of Indians of North Carolina," ask this Court to declare and recognize them as an Indian tribe pursuant to the Indian Reorganization Act. Complaint at 13. As set forth in Defendant's Motion to Dismiss, Plaintiffs' Complaint is fatally flawed for several reasons and should be dismissed. See Motion to Dismiss (lack of standing, failure to allege waiver of sovereign immunity, claims barred by statute of limitations, non-justiciable political question). On September 1, 2006, Plaintiffs asked this Court to hold this case in abeyance. Plaintiffs argue that this case should be held in abeyance because Plaintiffs have an attorney, Barry Nakell, who is prepared to represent them, but the attorney is currently on probation with the North Carolina state bar. Plaintiffs' Motion to Hold Case in Abeyance at 3. Plaintiffs assert that this attorney is eligible for admission in March of 2007 and ask that the Court hold the present case in abeyance until that time. Id. The Court has suggested that no prejudice would accrue if this case were dismissed without prejudice. Order at 1. But the fact that Plaintiffs wish to have an attorney represent them does not and cannot cure the jurisdictional defects of Plaintiffs' Complaint. Because allowing Plaintiffs to refile their claims through counsel would be futile, the Complaint should be dismissed with prejudice. See e.g., In re Interbank Funding Corp. Sec. Litig., 432 F. Supp. 2d 51, 55 (D.D.C. 2006) (complaint dismissed with prejudice where plaintiffs could not cure deficiencies and amendment would be futile).

## CONCLUSION

For the reasons set forth in Defendant's Motion to Dismiss, Plaintiffs' Complaint should be dismissed with prejudice for lack of jurisdiction.

October 16, 2006                    Respectfully submitted,

                                    SUE ELLEN WOOLDRIDGE
                                    Assistant Attorney General
                                    Environment and Natural Resources Division

                                    _____/s/Alex Kriegsman_____
                                    ALEX KRIEGSMAN
                                    Trial Attorney
                                    Natural Resources Section
                                    Environment and Natural Resources Division
                                    U.S. Department of Justice
                                    P.O. Box 663
                                    Washington, D.C. 20044
                                    Tel.:   (202) 305-3022
                                    Fax:   (202) 305-0506

OF COUNSEL:

JASON C. ROBERTS
Attorney- Advisor
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs
1849 C Street, N.W., MS 6513
Washington, DC 20240
Tel.:   (202) 208-6526
Fax:   (202) 219-1791            Attorneys For Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, a copy of the foregoing Response to Court's Order to Show Cause was served on:

Martha Maynor
53 Charlotte Road
Red Springs, N.C. 28372

Lester Locklear
6557 Rennert Road
Shannon, N.C. 28386

Alford Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

Vondola Locklear
100 Lockwood Drive
Pembroke, N.C. 28372

Roy Maynor
100 Lockwood Drive
Pembroke, N.C. 28372

Plaintiffs, acting in *pro se* capacity, by causing full, true and correct copies thereof to be sent, on the date set forth above, by U.S. Mail.

　　　　　　　　　　　　　　　　　　/s/ Alex Kriegsman
　　　　　　　　　　　　　　　　　　Alex Kriegsman
　　　　　　　　　　　　　　　　　　Trial Attorney