**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, a/k/a TUSCORORA NATION OF INDIANS OF NORTH CAROLINA, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, )<br><br>Defendant. ) | Civil No. 1:06-CV-612<br>Hon. Richard W. Roberts |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.2(c)(1), please enter the appearance of Barry Nakell as counsel in this case for Plaintiffs Martha Maynor, Lester Locklear, Alford Maynor, Vondola Locklear, Roy Maynor, Skaroreh Katenuaka Nation, a/k/a Tuscarora Nation of Indians of North Carolina.

Respectfully submitted,

/s/ Barry Nakell
Barry Nakell           NC Bar #8148
149 Dixie Drive
Chapel Hill, NC 27514
(919) 967-7325
bnakell@nc.rr.com
Attorney for Plaintiffs

Member of the Bar of this Court:

/s/ Richmond T. P. Davis
Richmond T. P. Davis      DC Bar #960963
8720 Georgia Avenue, Suite 700
Silver Spring, MD 20910
(301) 608-2620

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was mailed, first class postage prepaid and/or electronically, to Alex Kreigsman, Esq., Attorney for Defendant, United States Department of Justice, P.O. Box 663, Washington, DC 20004.

                                              /s/ *Richmond T. P. Davis*
                                              Richmond T. P. Davis