## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, a/k/a TUSCORORA NATION OF INDIANS OF NORTH CAROLINA, <br><br>  Plaintiffs, <br><br> v. <br><br> SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br>  Defendant. | Civil No. 1:06-CV-612 <br> Hon. Richard W. Roberts |

### PLAINTIFFS' STATUS REPORT

Pursuant to the Order of this Court on November 13, 2006, Plaintiffs submit this status report.

Plaintiffs' counsel timely filed his application for admission to the Bar of this Court. That application is pending before the Admission Committee of this Court.

In the meantime, Plaintiffs' counsel has today entered his appearance pursuant to LcvR 82.3(c)(1).

Respectfully submitted,

/s/ *Barry Nakell*
Barry Nakell          NC Bar #8148
149 Dixie Drive
Chapel Hill, NC 27514
(919) 967-7325
bnakell@nc.rr.com
Attorney for Plaintiffs

Member of the Bar of this Court:

/s/ *Richmond T. P. Davis*
Richmond T. P. Davis     DC Bar #960963
8720 Georgia Avenue, Suite 700
Silver Spring, MD 20910
(301) 608-2620

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, first class postage prepaid and/or electronically, to Alex Kreigsman, Esq., Attorney for Defendant, United States Department of Justice, P.O. Box 663, Washington, DC 20004.

/s/ *Richmond T. P. Davis*
Richmond T. P. Davis