# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, a/k/a TUSCORORA NATION OF INDIANS OF NORTH CAROLINA,<br><br>  Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>  Defendants. | Civil No. 1:06cv612<br>Hon. Richard W. Roberts |

## NOTICE OF SUBSTITUTION OF COUNSEL

Federal Defendants hereby give Notice of Substitution of Counsel. Alex Kriegsman is withdrawn as counsel for the United States in the above-captioned case, and substituted by Devon Lehman McCune. Effectively immediately, all files, papers, and correspondence to Ms. McCune should be addressed as follows:

> Devon Lehman McCune
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 1961 Stout Street, 8th Floor
> Denver, CO 80294
> Telephone: 303-844-1487
> Telefax: 303-844-1350
> Devon.McCune@usdoj.gov

Respectfully submitted this 19th day of April, 2007.

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

  s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO  80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on April 19, 2007, a copy of the **NOTICE OF SUBSTITUTION OF COUNSEL** was electronically sent via the CM/ECF system by the United States District Court, District of Columbia to the following parties:

Richmond T. P. David       rtpdavis@aol.com

       And, I further certify that I have mailed first-class, via the United States Postal Service, the document to the following participants:

LESTER LOCKLEAR
6557 Rennert Road
Shannon, NC 28386

VONDOLA LOCKLEAR
100 Lockwood Drive
Pembroke, NC 28372

ALFORD MAYNOR
100 Lockwood Drive
Pembroke, NC 28372

MARTHA MAYNOR
53 Charlotte Road
Red Springs, NC 28372

ROY MAYNOR
100 Lockwood Drive
Pembroke, NC 28372

                                              s/ *Devon Lehman McCune*
                                              Devon Lehman McCune