# Attachment D

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5362**　　　　　　　　　　　　　　　　　　**September Term, 2005**

03cv01559
Filed On: February 9, 2006 [948657]

Roy Maynor,
　　　　Appellant

　　v.

United States of America and State of North Carolina,
　　　　Appellees

　　　　**BEFORE**:　Sentelle, Tatel, and Garland, Circuit Judges

## O R D E R

　　Upon consideration of the motions for summary affirmance, the response thereto, and the replies, it is

　　**ORDERED** that the motions be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court did not abuse its discretion in denying appellant's motion to alter or amend the judgment, as the motion identified no intervening change in the controlling law, availability of new evidence, or need to correct clear error or manifest injustice. See Anyanwutaku v. Moore, 151 F.3d 1053, 1057 (D.C. Cir. 1998). Even assuming appellant's amended complaint would have cured the jurisdictional defects of the original complaint, appellant has offered no convincing reason why he could not have filed the amended complaint before the district court entered final judgment. See Fox v. American Airlines, Inc., 389 F.3d 1291, 1296 (D.C. Cir. 2004).

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　BY:

　　　　　　　　　　　　　　　　　　　　Deputy Clerk/LD