## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, aka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil No. 1:06-CV-00612<br><br>Hon. Richard W. Roberts<br><br><br><br>[PROPOSED] **ORDER** |

Defendant's MOTION TO DISMISS came before this Court on April 30, 2007. After considering said motion, and all other relevant matters, said motion is hereby GRANTED.

Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE and Judgment is hereby entered in favor of Defendant.

IT IS SO ORDERED.

_____
Honorable Richard W. Roberts
United States District Judge