IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA MAYNOR, LESTER LOCKLEAR, ALFORD MAYNOR, VONDOLA LOCKLEAR, ROY MAYNOR, SKAROREH KATENUAKA NATION, a/ka TUSCARORA NATION OF INDIANS OF NORTH CAROLINA,<br><br>    Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | **APPEARANCE**<br><br>Civil No. 1:06-CV-612<br>Hon. Richard W. Roberts |

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.2(a), Please enter the appearance of Barry Nakell, a member of the Bar of this Court, as counsel in this case for Plaintiffs Martha Maynor, Lester Locklear, Alford Maynor, Vondola Locklear, Roy Maynor, and Skaroreh Katenuaka Nation, a/k/a Tuscarora Nation of Indians of North Carolina.

Date:  May 11, 2007

Bar # 198382

Respectfully submitted,

1

2

/s/ Barry Nakell

Barry Nakell
149 Dixie Drive
Chapel Hill, N. C. 27514
Telephone:  (919) 967-7325
Fax:  (919) 636-5285
E-mail: bnakell@nc.rr.com